UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                               CHAPTER 13
JAMES ROXWORTHY
RUTH ROXWORTHY                                       CASE NO. 10-71082

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   CitiMortgage          **Court claim #:** (if known)

**Last four digits** of any number used to identify the debtor's account:    6298

*Final Cure Amount*

| Amount of Prepetition Arrears | $3,000.00 |

| Amount Paid by Trustee | $3,000.00 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan          ☒   Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   10/3/2014                    /s/Lydia S. Meyer
                                      Lydia S. Meyer, Trustee
                                      308 W. State St., Suite 212
                                      Rockford, IL  61101

Certificate of Service
   I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 3rd Day of October, 2014.

Dated:   10/3/2014                    /s/Cynthia K. Burnard

CITIMORTGAGE
ATTN:  TINA LONGO
4740 121ST STREET
URBANDALE, IA 50323

CITIMORTGAGE
PO BOX 790027
O'FALLON, MO  63368-0027

JAMES ROXWORTHY
RUTH ROXWORTHY
3305 W. LORIENT DRIVE
MC HENRY, IL  60050

WAGNER & WAGNER
ATTORNEY MELISSA J. WAGNER
PO BOX 23
960 ROUTE 22, SUITE 210
FOX RIVER GROVE, IL  60021